Cynthia Z. Levin, Esq.
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-598-5042 ext 618
Fax: 866 633-0228
clevin@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GALLOWAY, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> ICOT HEARING SYSTEMS, LLC, et. al., <br><br> Defendant | Case No. <br><br> 2:18-cv-02334-GAM <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

///

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Stipulation to Dismiss- 1

Respectfully submitted this 6th Day of February, 2019,

By: s/Cynthia Z. Levin  Esq.
CYNTHIA Z. LEVIN
Attorney for Plaintiff


By: s/Matthew N. Foree  , Esq.
Matthew N. Foree
Attorney for Defendant


Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: February 6, 2019    **LAW OFFICES OF Todd M. Friedman, P.C.**

By:  _s/ Cynthia Z. Levin
Cynthia Z. Levin  ESQ.
Attorney for Plaintiff

Filed electronically on this 6th Day of February, 2019, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 6th Day of February, 2019.
s/Cynthia Z. Levin
CYNTHIA Z. LEVIN