# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GALLOWAY, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> ICOT HEARING SYSTEMS, LLC, et. al., <br><br> Defendant | ) Case No. <br> ) <br> ) <br> ) <br> ) 2:18-cv-02334-GAM <br> ) <br> ) <br> ) <br> ) ORDER TO DISMISS <br> ) <br> ) <br> ) <br> ) |

**FILED**
FEB 07 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this  2/7/19

_____
Honorable Judge of the District Court